PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HARMEET SINGH BAJWA, | ) | |
| | ) | CASE NO. 4:13CV00224 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | **ORDER** |

Petitioner Harmeet Singh Bajwa filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. He contends that he previously filed for federal habeas relief under 28 U.S.C. § 2255 that was denied on grounds of untimeliness. He asserts that his § 2255 remedy was inadequate or ineffective and that he is now entitled to relief under the savings provision of § 2241.

This Court referred this case to Magistrate Judge William H. Baughman, Jr., for the preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636. The magistrate judge issued a Report and Recommendation on August 19, 2013, advising that the petition should be dismissed. ECF No. 5.

28 U.S.C. § 636 provides that a party may serve and file specific written objections within fourteen days after being served with the recommendations of the magistrate judge. Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145, 106 S. Ct. 466, 88 L. Ed. 2d (1986). Moreover, § 636 does not require a district judge to review a magistrate judge's report to which no objections are filed.

*Id.* at 149.

The Report and Recommendation was issued and filed on August 19, 2013. The docket reflects that a copy of the Report and Recommendation was mailed to Petitioner at his place of incarceration on the same day. To date, more than one month later, Petitioner has not filed any objections. Moreover, the Court finds that the Report and Recommendation is supported by the law, and agrees with its analysis and conclusion.

Accordingly, the Court adopts the Report and Recommendation, and dismisses the petition for habeas corpus docketed at ECF No. 1.

IT IS SO ORDERED.

  September 27, 2013                              */s/ Benita Y. Pearson*
Date                                              Benita Y. Pearson
                                                  United States District Judge